```
FLORENCE T. NAKAKUNI        #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA       #2556
Chief, Drug and Organized Crime Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Jonathan.Loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00100 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | SENTENCING STATEMENT OF THE UNITED STATES; CERTIFICATE |
| vs. | ) ) | OF SERVICE |
| JOHNNY RESENDEZ, JR., | ) ) | Date: April 25, 2011 |
| Defendant. | ) ) | Time: 2:15 p.m. Judge: Susan Oki Mollway |

SENTENCING STATEMENT OF THE UNITED STATES

      The United States has no objections to this draft presentence report.

      DATED: March 3, 2011, Honolulu, Hawaii.

```
                              FLORENCE T. NAKAKUNI
                              United States Attorney
                              District of Hawaii


                              By  /s/ Jonathan M. F. Loo
                                  JONATHAN M. F. LOO
                                  Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

REGINALD P. MINN, ESQ.
rpminn@gmail.com

Attorney for Defendant
JOHNNY RESENDEZ, JR.

Served by Hand-Delivery:

U.S. PROBATION OFFICE
ATTN: Roy T. Kawamoto
300 Ala Moana Boulevard
Honolulu, HI 96850

DATED: March 3, 2011, Honolulu, Hawaii.

/s/ Erica Wong